**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Tasha M. Bradt*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Tasha.Bradt@usdoj.gov*

*main: (973) 645-2700*
*direct: (609) 858-0305*

August 31, 2026

**Via Electronic Filing**
Honorable Robert Kirsch, U.S.D.J
United States District Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Singh v. Soto, et al.,* No. 26-cv-11165 (RK)**
**Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office of Petitioner's release from custody at 4:35 p.m. on August 30, 2026.

Respondents apologize to the Court and Petitioner for this late release. On August 28, 2026, at 7:52 p.m., the Court entered an order requiring Petitioner's release within 24 hours unless certain exceptions applied. *See* ECF No. 2. Upon receipt, this Office promptly conveyed the order to ICE. However, ICE released Petitioner 21 hours after the 24-hour deadline.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** September 8, 2026

By: */s/ Tasha M. Bradt*
TASHA M. BRADT
Assistant United States Attorney
Deputy Chief, Civil Division
*Attorneys for Respondents*

cc: Counsel of record, via ECF